IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CESAR XAVER BARROS,            :      CIVIL ACTION
                              :      NO. 07-1300
          Petitioner,         :
                              :
     v.                       :
                              :
JEFFREY A. BEARD, et al.,      :
                              :
          Respondents.        :
                              :


                        **O R D E R**


     **AND NOW**, this **1st** day of **May, 2012,** it is hereby

**ORDERED** that Petitioner's Motion for Reconsideration (ECF No.

47) is **DENIED.**


        **AND IT IS SO ORDERED.**



                         **s/Eduardo C. Robreno**

                         **EDUARDO C. ROBRENO, J.**


1