IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CESAR XAVER BARROS, | : | CIVIL ACTION |
| | : | NO. 07-1300 |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| JEFFREY A. BEARD, et al., | : | |
| | : | |
| Respondents. | : | |
| | : | |

**O R D E R**

**AND NOW**, this **1st** day of **May, 2012**, it is hereby **ORDERED** that Petitioner's Motion for Reconsideration (ECF No. 47) is **DENIED**.

   **AND IT IS SO ORDERED.**

<u>s/Eduardo C. Robreno</u>

**EDUARDO C. ROBRENO, J.**

1